1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT
9                      CENTRAL DISTRICT OF CALIFORNIA
10

11 JERMOND CHRISTOPHER DAVIS,   )    NO. CV 16-7974-JAK (AGR)
12             Petitioner,   )
13                 v.         )
14                      )    ORDER ACCEPTING FINDINGS
THE PEOPLE OF THE STATE OF   )    AND RECOMMENDATION OF
15 CALIFORNIA,              )    UNITED STATES MAGISTRATE
                     )    JUDGE
16             Respondent.   )
17 _____)

18

19       Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other
20 records on file herein, and the Report and Recommendation of the United States
21 Magistrate Judge.  Petitioner has not filed any Objections to the Report.  The
22 Court accepts the findings and recommendation of the Magistrate Judge.
23       The postal service has returned the mail to Petitioner's address of record
24 as undeliverable.  (Dkt. Nos. 9, 10.)  A party proceeding *pro se* is required to
25 keep the court apprised of his or her current address.  Local Rule 41-6.  Petitioner
26 has failed to file a notice of change of address, and his address is unknown.
27
28

1      IT IS ORDERED that judgment be entered denying the Petition and

2   dismissing this action without prejudice.

3

4   DATED: January 13, 2017                    _____

5                                              JOHN A. KRONSTADT
                                               United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2