UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERMOND CHRISTOPHER DAVIS, | NO. CV 16-7974-JAK (AGR) |
| Petitioner, | |
| v. | JUDGMENT |
| THE PEOPLE OF THE STATES OF CALIFORNIA, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed without prejudice.

DATED: January 13, 2017

_____
JOHN A. KRONSTADT
United States District Judge